**Appeal Dismissed and Memorandum Opinion filed January 26, 2023.**



In The

# Fourteenth Court of Appeals

### NO. 14-22-00563-CV

**D & R ENTERPRISE, INC., Appellant**

**V.**

**SCF RC FUNDING IV, LLC; ESSENTIAL PROPERTIES REALTY TRUST, LLC (A/K/A) SCF REALTY CAPITAL LLC AND MESA FORTUNE, INC.; US ASSETS ACQUISITIONS, LLC D/B/A US ASSETS, LLC; US ASSETS, INC.; JEFFEREY LOVE A/K/A JEFF LOVE; DAVID FETTNER; AND GREG SEIBERT, Appellees**

**On Appeal from the 152nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-47415**

## MEMORANDUM OPINION

This appeal is from three interlocutory orders signed June 24, 2022; June 28, 2022; and July 13, 2022 respectively dismissing claims pleaded against appellee David Fettner, denying a request to dismiss affirmative defenses pled by David Fettner; and denying reconsideration of the first two orders. No final judgment is in

the appellate record, and the interlocutory orders lack any apparent basis for being immediately appealable. Although the record reflects appellant sought permission from the trial court to take an immediate interlocutory appeal from those three orders pursuant to Texas Civil Practice & Remedies Code § 51.014(d) and Texas Rule of Appellate Procedure 28.3, there is no written order in the record in which the trial court grants permission for any such appeal. Such an order is required for this court to be able to exercise jurisdiction over this appeal. *See Hebert v. JJT Constr.*, 438 S.W.3d 139, 142 (Tex. App.—Houston [14th Dist.] 2014, no pet.).

On January 9, 2023, notification was transmitted to all parties the appeal was subject to dismissal without further notice for want of jurisdiction unless any party demonstrated that the court has jurisdiction. *See* Tex. R. App. P. 42.3(a). The parties filed no response.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Hassan.